IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-00365-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$73,245.00 IN U. S. CURRENCY, )<br>)<br>Defendant. ) | **ORDER STAYING CIVIL<br>FORFEITURE PROCEEDING** |

On the motion of the Government, with the consent of claimant Thomas Spivey, and for good cause shown, it is hereby ORDERED that this case shall be stayed pursuant to 18 U.S.C. § 981(g) until the conclusion of the pending criminal and/or appellate proceedings in the related criminal prosecution of the claimant (7:19-cr-00189-FL).

SO ORDERED this 6th day of January, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge

1